FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Rivera, Francisco Javier<br>DEFENDANT(S). | CASE NUMBER<br>SA 10-333 M-5<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wed, Aug 25, 2010___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___8/20/10___            ROBERT N. BLOCK
                                U.S. District Judge/Magistrate Judge